**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01899-ZLW

HAL AUSTIN,

    Applicant,

v.

CHIEF LOVINGER, Denver Sheriff, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion to Reduce Pre-Answer Response Filing Time" (Doc. # 13), filed on August 21, 2009, is DENIED as moot. Respondents have filed Preliminary Responses.

Dated: September 4, 2009