IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01899-MSK-KLM

HAL AUSTIN,

    Applicant,

v.

LOVINGER, Denver Sheriff Chief, Denver County Jail
Supervisor or Designated Employee

    Respondent.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on *pro se* Applicant's untitled Motion [Docket No. 35; Filed April 20, 2010] (the "Motion"). Pursuant to the Motion, Applicant seeks (1) the appointment of counsel; (2) "[a]n explanation for the HC's failure to act on this case in a fashion that does not exacerbate the injuries wrongly inflicted upon Petitioner"; and (3) an "equitabl[e] toll[ing of] all components of this case to the date of the first violation of Petitioner's civil rights." *Motion* [#35] at 1.

    To the extent that Applicant seeks the appointment of counsel,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The appointment of counsel is within the discretion of the Court. In a matter seeking habeas relief, appointment of counsel is only required when a hearing has been set or in other instances not relevant here. *See* R. 8(c), Rules–Section 2254 Proceedings; 18 U.S.C. § 3006A(a)(2). I note that the Application has been fully briefed and, upon review, should the Court determine that a hearing is necessary, counsel will be afforded Applicant at that time.

The Court interprets the second request as a request for expedited treatment. Accordingly,

IT IS FURTHER **ORDERED** that the Motion is **DENIED**. Applicant's case will be dealt with in due course and in consideration of the Court's overall docket. Further motions which seek to expedite review or call upon the Court to explain how it prioritizes resolution of cases will be summarily denied.

The Court interprets the third request as a request for relief related to the timeliness of Applicant's claims. Accordingly,

IT IS FURTHER **ORDERED** that the Motion is **DENIED**. Any timing issues will be addressed in resolution of the Application.

Dated: May 3, 2010

                                              BY THE COURT:

                                              s/ Kristen L. Mix
                                              U.S. Magistrate Judge
                                              Kristen L. Mix